IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMAR DANTE BOLDING, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:19CV499–HEH
)
LISA M. WRIGHT, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice for Failure to Serve Defendants)

Plaintiff, proceeding *pro se* and *in forma pauperis*, brings this action. Under Federal Rule of Civil Procedure 4(m), Plaintiff had ninety (90) days to serve the defendants. Here, that period commenced on July 9, 2020. More than ninety (90) days elapsed and Plaintiff had not served the defendants. Accordingly, by Memorandum Order entered on October 16, 2020, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause why the action should not be dismissed for his failure to serve the defendants. Plaintiff has not responded to the October 16, 2020 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

    An appropriate Order shall be issued.

    It is so ORDERED.

                                                      /s/
                                       Henry E. Hudson
Date: Nov. 24, 2020            Senior United States District Judge
Richmond, Virginia